AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**\*\*\*\***   DISTRICT OF   NEVADA

GERALD VON TOBEL,

    Plaintiff,

v.

RAYMOND, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:16-cv-00168-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in its entirety without prejudice.

December 6, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk